Form RSC Conciliation (Reschedule Conciliation–COVID

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Randall Lee Burns** | : | Case No. 19−23675−GLT |
| **Jolyn Marie Burns** | : | |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |

### ORDER RESCHEDULING CHAPTER 13 PLAN CONCILIATION CONFERENCE

*AND NOW,* this ***The 1st of April, 2020***, due to the COVID−19 virus pandemic, the conciliation conference scheduled for 4/23/2020 is ***RESCHEDULED*** to ***7/16/20 at 09:00 AM 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.***

Dated: April 1, 2020

cm: Debtor
   Counsel For Debtor

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-23675-GLT
Randall Lee Burns                                                       Chapter 13
Jolyn Marie Burns
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas              Page 1 of 1           Date Rcvd: Apr 01, 2020
                              Form ID: RSCcon3        Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2020.
db/jdb         +Randall Lee Burns,   Jolyn Marie Burns,   574 Boydstown Road,   West Sunbury, PA 16061-2104
15137099       +CHRYSLER CAPITAL,   P.O. BOX 961275,   FORT WORTH, TX 76161-0275
15141928       +KLM Law Group, P.C.,   701 Market Street,   Suite 5000,   BNY Mellon Independence Center,
                 Philadelphia, PA 19106-1541
15125504       +KML Law Group,   701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
15141929       +PNC Bank,   3232 Newmark Drive,   Miamisburg, OH 45342-5421
15157757       +PNC Bank, N.A.,   3232 Newmark Drive,   Miamisburg, OH 45342-5421
15125505       +PNC Bank, NA,   3232 Newmark Drive,   Miamisburg, OH 45342-5421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15158441           E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 02 2020 05:10:56      Verizon,
                 by American InfoSource as agent,   PO Box 4457,   Houston, TX  77210-4457
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK NATIONAL   ASSOCIATION
15141927*      +Chrysler Capital,   PO Box 961275,   Fort Worth, TX 76161-0275
                                                                                             TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2020 at the address(es) listed below:
              Dai   Rosenblum    on behalf of Debtor Randall Lee Burns Jody@dairosenblumbankruptcy.com,
               Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              Dai   Rosenblum    on behalf of Joint Debtor Jolyn Marie Burns Jody@dairosenblumbankruptcy.com,
               Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              James Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 5