# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) |
| RANDALL LEE BURNS, and | ) Case No: 19-23675-GLT |
| JOLYN MARIE BURNS, | ) |
|     Debtors. | ) Chapter 13 |
| | ) |
| RANDALL LEE BURNS, and | ) Related to Document No.: 48 |
| JOLYN MARIE BURNS, | ) |
|     Movants, | ) Hearing Date: 10/01/2021 |
| | ) |
| v. | ) Hearing Date: 11:00 AM |
| | ) |
| NO RESPONDENT. | ) Response Deadline: 10/01/2021 10AM |

## ORDER OF COURT

**And Now,** the _____ day of _____, 2021, after careful consideration of the Debtors' Motion to Vehicle Insurance Approve Settlement, **It Is Hereby Ordered and Decreed** that settlement between the Debtors, Randall Lee Burns and Jolyn Marie Burns, the vehicle insurance company, Travelers Automobile Insurance Company of Hartford, CT, in the total amount of $7,167.51, with the amount of $4,000.00 being applied toward the purchase of a replacement vehicle, is approved, nunc pro tunc.

It is **FURTHER ORDERED** that this Order is contingent upon the Debtors' filing an amended Schedule C to exempt these insurance settlement proceeds within 14 days.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court