**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| RANDALL LEE BURNS, and ) | Case No: 19-23675-GLT |
| JOLYN MARIE BURNS, ) | |
|     Debtors. ) | Chapter 13 |
| ) | |
| RANDALL LEE BURNS, and ) | Related to Document No.: 57, 58 |
| JOLYN MARIE BURNS, ) | |
|     Movants, ) | |
| ) | |
|     v. ) | |
| ) | |
| NO RESPONDENT. ) | |

**CERTIFICATE OF SERVICE OF EXPEDITED ORDER GRANTING MOTION TO APPROVE VEHICLE INSURANCE SETTLEMENT NUNC PRO TUNC AND ORDER GRANTING MOTION TO BORROW TO PURCHASE VEHICLE**

I, Dai Rosenblum, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses on specified below, on October 1, 2021. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was partly by first class United States mail and partly by electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

*Service by First-Class Mail:*

Randall Lee Burns
Jolyn Marie Burns
574 Boydstown Road
West Sunbury, PA 16061

Chrysler Capital
PO Box 961275
Fort Worth, TX 76161-1275

CHRYSLER CAPITAL
P.O. BOX 961275
FORT WORTH, TX 76161

KLM Law Group, P.C.
701 Market Street
Suite 5000
BNY Mellon Independence Center
Philadelphia, PA 19106

KML Law Group
701 Market Street, Suite 5000
Philadelphia, PA 19106

PNC Bank, NA
3232 Newmark Drive
Miamisburg, OH 45342

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX 77210-4457

Butler Armco Employees Credit Union
Attn: Loan Dept.
P.O. Box 1589
Butler, PA 16003-1589

*Service by Electronic Notification (via Notice of Electronic Filing, and via direct e-mail if indicated):*

**Ronda J. Winnecour**
Not served directly per Trustee's request, NEF only

**Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov

**Brian Nicholas**
**PNC Bank, N.A.**
bnicholas@kmllawgroup.com

**Matthew F. Marshall**
**Butler Armco Employees Credit Union**
mmarshall@dmkcg.com

Executed on: October 1, 2021

__/s/_Dai_Rosenblum,_Esq.___
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900     Pa. ID# 31802
dai@dairosenblumbankruptcy.com