**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
10/1/21 10:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| In re: ) | |
| ) | |
| RANDALL LEE BURNS, and ) | Case No: 19-23675-GLT |
| JOLYN MARIE BURNS, ) | |
|     Debtors. ) | Chapter 13 |
| ) | |
| RANDALL LEE BURNS, and ) | Related to Document No.: 48 and 56 |
| JOLYN MARIE BURNS, ) | |
|     Movants, ) | Hearing Date: 10/01/2021 |
| ) | |
| v. ) | Hearing Date: 11:00 AM |
| ) | |
| NO RESPONDENT. ) | Response Deadline: 10/01/2021 10AM |

## ORDER OF COURT

**And Now,** the ___1st___ day of ___October___, 2021, after careful consideration of the Debtors' Motion to Vehicle Insurance Approve Settlement, **It Is Hereby Ordered and Decreed** that settlement between the Debtors, Randall Lee Burns and Jolyn Marie Burns, the vehicle insurance company, Travelers Automobile Insurance Company of Hartford, CT, in the total amount of $7,167.51, with the amount of $4,000.00 being applied toward the purchase of a replacement vehicle, is approved, nunc pro tunc.

It is **FURTHER ORDERED** that this Order is contingent upon the Debtors' filing an amended Schedule C to exempt these insurance settlement proceeds within 14 days.

Dated: 10/1/21

_____
Gregory T. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23675-GLT |
| Randall Lee Burns | Chapter 13 |
| Jolyn Marie Burns | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: mgut | Page 1 of 2 |
| Date Rcvd: Oct 01, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Randall Lee Burns, Jolyn Marie Burns, 574 Boydstown Road, West Sunbury, PA 16061-2104 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2021         Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Dai Rosenblum | on behalf of Debtor Randall Lee Burns Jody@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Dai Rosenblum | on behalf of Joint Debtor Jolyn Marie Burns Jody@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2      User: mgut      Page 2 of 2
Date Rcvd: Oct 01, 2021      Form ID: pdf900      Total Noticed: 1
TOTAL: 5