IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 19-23675-GLT |
| Randall Lee Burns ) | |
| Jolyn Marie Burns ) | Chapter 13 |
|     Debtor(s) ) | Related to Doc #69 |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
|     Movant(s) ) | Hearing Date 10/30/24 |
|     vs. ) | at 10:00 a.m. |
| Randall Lee Burns ) | |
| Jolyn Marie Burns ) | |

## CERTIFICATION OF NO OBJECTION REGARDING TRUSTEE'S MOTION TO DISMISS

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's MOTION/OBJECTION filed on September 19, 2024 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Motion/Objection appears thereon. Pursuant to the Notice of Hearing, responses were to be filed and served no later than October 7, 2024.

10/8/2024

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com